In re Luna, Johnny; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. M, No. 95-5491; to the Court of Appeal, Fifth Circuit, No. 03-KH-145.
Writ granted in part; otherwise denied. If he has not already done so, the Clerk of Court for the 24th JDC is ordered to provide relator with an estimate of the *866 costs of reproducing public records relator has requested and to which relator is entitled. La. Const, art. XII, Section 3; R.S. 44:31; R.S. 44:31.1; State ex rel. Leonard v. State, 96-1889 (La.6/13/97), 695 So.2d 1325; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537.